THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| KEVIN MAX WOODS and MICHAEL HOWARD REED,<br><br>Plaintiffs,<br><br>v.<br><br>JUDGE ANN MARIE MCIFF ALLEN, CHAD E. DOTSON, SAM E. WOODALL, JUSTIN W. WAYMENT, and CHRISTIAN JONES,<br><br>Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 4:25-cv-00065-DN-PK<br><br>District Judge David Nuffer |

IT IS HEREBY ORDERED AND ADJUDGED THAT

Plaintiffs' Complaint and this action are DISMISSED with prejudice.

Signed September 11, 2025.

BY THE COURT

_____
David Nuffer
United States District Judge